UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHERYL KELLOGG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:18-cv-02564-TAB-TWP |
| BALL STATE UNIVERSITY d/b/a INDIANA ACADEMY FOR SCIENCE MATHEMATICS AND HUMANITIES, | ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Cheryl Kellogg, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 12th day of February, 2020 (Dkt. 60 and 61).

Respectfully submitted,

Jason P. Cleveland, #24126-53
Eric J. Hartz, #29676-49
CLEVELAND LEHNER CASSIDY
6214 Carrollton Ave., Ste. 200
Indianapolis, IN 46220
Telephone:   (317) 388-5424
Facsimile:    (317) 947-1863
Email:         jason@clcattorneys.com
                   eric@clcattorneys.com

Attorneys for Plaintiff
Cheryl Kellogg

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2020, a copy of the foregoing document was filed with the Court via its Electronic Case Filing ("ECF") system.  Service of this filing will be made on all counsel of record by operation of the Court's ECF system.  Parties may access this filing through the Court's ECF system.

                                                Jason P. Cleveland
                                              CLEVELAND LEHNER CASSIDY