UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHERYL KELLOGG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-02564-TAB-TWP |
| | ) |
| BALL STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion to Extend Deadline to Submit Settlement Demand. [Dkt. 75.] The Court, being duly advised, hereby **GRANTS IN PART** and **DENIES IN PART** the motion. On or before **April 21, 2021**, Plaintiff shall submit an updated settlement demand. All other deadlines and requirements of the Court's Scheduling Order [Dkt. 74] remain in effect.

SO ORDERED.

Dated: 14 APR 2021

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.