UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHERYL KELLOGG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:18-cv-02564-TAB-TWP |
| ) | |
| BALL STATE UNIVERSITY d/b/a ) | |
| INDIANA ACADEMY FOR ) | |
| SCIENCE, MATHEMATICS ) | |
| AND HUMANITIES, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Cheryl Kellogg, by counsel, and the Defendant, Ball State University d/b/a Indiana Academy for Science, Mathematics and Humanities, by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and agree that this case be dismissed, in its entirety, with prejudice, with the parties responsible for their own attorneys' fees and costs.

Respectfully submitted,

s/ *Jason P. Cleveland*
Jason P. Cleveland, #24126-53
Eric J. Hartz, #29676-49
CLEVELAND LEHNER CASSIDY
6214 Carrollton Avenue, Suite 200
Indianapolis, IN 46220

Attorneys for Plaintiff

s/ *Scott Shockley*
Scott Shockley #2153-18
Matthew L. Kelsey #29313-49
Maura J. Hoff #25475-49-A
DEFUR VORAN LLP
400 S. Walnut Street, Suite 200
Muncie, IN 47305

Attorneys for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on June 2, 2021, a copy of the foregoing document was filed with the Court via its electronic case filing system, which will serve this filing on all counsel of record.

                  *s/ Jason P. Cleveland*
                  Jason P. Cleveland