## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| CHERYL KELLOGG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:18-cv-02564-TAB-TWP ) |
| BALL STATE UNIVERSITY d/b/a INDIANA ACADEMY FOR SCIENCE, MATHEMATICS AND HUMANITIES, | ) ) ) ) ) |
| Defendant. | ) ) |

### ORDER

The Court, having considered the Joint Stipulation of Dismissal with Prejudice filed by the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorneys' fees and costs.

Date: 6/3/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution: All counsel of record via the Court's electronic case filing system.